1

2

3

4

5

6

7

8                      United States District Court

9                     Eastern District of California

10

11

12   Clarence Montgomery,

13          Plaintiff,             No. Civ. S 04-1529 LKK PAN P

14      vs.                        Order

15   Tom L. Carey,

16          Defendant.

17                                -oOo-

18       March 17, 2005, the court directed plaintiff to submit

19   information for serving process on defendant Carey.  He has not.

20   Accordingly, plaintiff shall show cause, within 10 days, why his

21   claims against defendant Carey should not be dismissed.  Fed. R.

22   Civ. P. 4(m) (requiring service of summons and complaint upon

23   defendant within 120 days of the filing of the complaint).

24       So ordered.

25       Dated:  May 10, 2005.

26                                    /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge